IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-244-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ) | ORDER |
| MARIA MAGDALENA FRANCISCO- ) | |
| ABREU, a/k/a "Maria Magdalena Francisco ) | |
| de Perez," and "Maria Abreu," ) | |

Defendant.

This matter is before the court on government's emergency motion to revoke the order of United States Magistrate Judge Steven L. Tiscione for the Eastern District of New York releasing defendant. (DE 6). The government additionally moves the court to stay the pre-trial release order and requests the defendant remain in custody until a hearing can be held in this district.

Upon review of the government's submissions, the government's motion is hereby GRANTED IN PART. IT IS ORDERED that defendant's release is STAYED, and this defendant is ORDERED to remain in the custody of the Attorney General or his designated representative for transport to this district and upon her receipt here she will be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal prior to immediate hearing on the government's motion. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 11th day of December, 2018.

                                                                               _____
                                                                               LOUISE W. FLANAGAN
                                                                              United States District Judge